**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEXT GENERATION TECHNOLOGY,
INC., and PUSPITA DEO,

                      Plaintiffs,                      21 **CIVIL** 1390 (PGG) (RWL)

              -against-                           **JUDGMENT**

UR M. JADDOU, Director, U.S. Citizenship
and Immigration Services, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2023, Plaintiffs' objections to the R&R are overruled, and Judge Lehrburger's recommendation that the Complaint be dismissed for lack of subject matter jurisdiction is adopted; accordingly, the case is closed.

**Dated:**  New York, New York
          March 20, 2023

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**